FILED
U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS

SEP 08 2026

CLERK, US BANKRUPTCY COURT

Certificate Number: 05781-TXN-DE-041414893

Bankruptcy Case Number: 26-42628

05781-TXN-DE-041414893

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 7, 2026, at 11:39 o'clock AM PDT, Eric Bennett completed a course on personal financial management given by internet by Sage Personal Finance, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Northern District of Texas.

Date: September 7, 2026

By: /s/Allison M Geving

Name: Allison M Geving

Title: President